# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MARK STOYAS, NEW ENGLAND TEAMSTERS & TRUCKING INDUSTRY PENSION FUND, and AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOSHIBA CORPORATION, a Japanese Corporation,<br><br>Defendant. | Case No. CV 15-04194-DDP-JC<br><br>**FINAL JUDGMENT** |

1  Pursuant to this Court's Order Re: Defendants' Motion to Dismiss and
2  Plaintiffs' Motion to Strike Wada Declaration (Dkt. No. 65),
3  **IT IS ADJUDGED** that this action is dismissed in its entirety with prejudice,
4  and that **FINAL JUDGMENT** is entered in favor of Defendant and against
5  Plaintiffs.

DATED: June 27, 2016

_____
Hon. Dean D. Pregerson
United States District Judge