ROBBINS GELLER RUDMAN
  & DOWD LLP
DENNIS J. HERMAN (220163)
WILLOW E. RADCLIFFE (200087)
JOHN H. GEORGE (292332)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
dennish@rgrdlaw.com
willowr@rgrdlaw.com
jgeorge@rgrdlaw.com

Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MARK STOYAS and NEW ENGLAND TEAMSTERS & TRUCKING INDUSTRY PENSION FUND, <br><br>                Plaintiffs,<br><br>  and<br><br>AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>              Lead Plaintiff,<br><br>  vs.<br><br>TOSHIBA CORPORATION,<br><br>              Defendant. | Case No. 2:15-cv-04194-DDP(JCx)<br><br><u>CLASS ACTION</u><br><br>JOINT STIPULATION FOR AN ORDER ESTABLISHING A BRIEFING SCHEDULE AND EXTENDING THE PAGE LIMITS FOR THE ANTICIPATED MOTION FOR CLASS CERTIFICATION |

4850-9031-4970.v1

Lead Plaintiff Automotive Industries Pension Trust Fund ("AIPTF") and named plaintiff New England Teamsters & Trucking Industry Pension Fund ("NETTIPF") (collectively, "Plaintiffs"), and Defendant Toshiba Corporation ("Toshiba," and together with Plaintiffs, "Parties"), respectfully submit this Joint Stipulation for an Order Establishing a Briefing Schedule and Extending the Page Limits for the Anticipated Motion for Class Certification.  Beyond the express provisions herein, all Parties reserve all of their rights, claims, defenses, privileges and immunities.

## STIPULATION

WHEREAS, on August 8, 2019, Plaintiffs filed the Second Amended and Consolidated Class Action Complaint For Violation of the Securities Laws of the United States and Japan (ECF No. 75) ("Complaint")bringing this action as a putative class action pursuant to Rule 23 of the Federal Rules of Civil Procedure;

WHEREAS, on January 28, 2020, the Court denied Toshiba's motion to dismiss the Complaint (ECF No. 88), which lifted the discovery stay in this action imposed by 15 U.S.C. §78u-4(b)(3)(B) of the Private Securities Litigation Reform Act of 1995;

WHEREAS, on March 13, 2020, the Court entered a Scheduling Order in this action (ECF No. 97);

WHEREAS, pursuant to Rule 23(c)(1) of the Federal Rules of Civil Procedure, "[a]t an early practicable time" the Court is to "determine by order whether to certify the action as a class action";

WHEREAS, Plaintiffs intend to file a motion for class certification forthwith;

WHEREAS, pursuant to Local Rule 7-3 of the Central District of California's Local Civil Rules, the Parties, through their counsel, held a conference on February 2, 2021 to discuss the anticipated motion for class certification, but were unable to reach a resolution;

4850-9031-4970.v1

WHEREAS, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time";

WHEREAS, pursuant to Local Rule 7-9, a party opposing a motion, other than a motion for new trial, has "twenty-one (21) days before the date designated for the hearing of the motion" to serve and file an opposition brief;

WHEREAS, pursuant to Local Rule 7-10, the moving party "not later than fourteen (14) days before the date designated for the hearing of the motion" may serve and file a reply memorandum;

WHEREAS, pursuant to Local Rule 11-6, no "pre-trial brief . . . shall exceed 25 pages in length, excluding indices and exhibits, unless permitted by order of the judge" and Judge Pregerson's Procedure IV also states that "Memoranda of Points and Authorities in support of or in opposition to a motion shall not exceed 25 pages";

WHEREAS, the Parties agree that an extension of time for Toshiba to file a response to the motion for class certification and for Plaintiffs to file a reply memorandum is necessary to allow sufficient time for discovery relating to the motion for class certification, including, potentially, depositions and the preparation of expert submissions;

WHEREAS, the Parties also agree that an extension of page limits is necessary because of the anticipated numerous questions of law and fact that the Parties, respectively, will need to address in connection with class certification;

WHEREAS, for good cause and promoting the efficiency of these proceedings, the Parties have met and conferred and have agreed, subject to the approval of the Court, to: (a) set a briefing schedule for Plaintiffs' anticipated motion for class certification; and (b) extend the page limits for the Parties' respective filings;

WHEREAS, the Parties have not previously sought or obtained an order seeking an extension of time to set a briefing schedule for the anticipated motion for class certification or to extend the page limits for the Parties' respective filings:

4850-9031-4970.v1

1  NOW THEREFORE, the Parties hereby stipulate and agree, subject to approval by the Court, that:

2. 1. Plaintiffs shall file their motion for class certification, not exceeding 30 pages in length (excluding indices and exhibits), in accordance with the time frame set forth in Local Rule 7-3;

2. Defendant Toshiba shall have 90 days after the motion for class certification is filed to file a response or responses, not exceeding 40 pages in total length (excluding indices and exhibits);

3. Plaintiffs shall have 56 days after the filing of Toshiba's response or responses to file a reply memorandum, not exceeding 35 pages in total length (excluding indices and exhibits); and

4. Plaintiffs shall notice their motion for class certification designating a "Motion Day," in accordance with Local Rules 6-1, 7-4 and this Court's individual procedures, no sooner than 14 days after the scheduled filing of their reply memorandum consistent with this stipulation.

IT IS FURTHER STIPULATED AND AGREED that this stipulation and agreement is without prejudice to the right of any Party to seek, subject to approval by the Court, any additional reasonable extensions to the deadlines set forth herein, and that neither Party shall unreasonably refuse to consent to such reasonable extensions as may be requested hereafter.

DATED: February 9, 2021                ROBBINS GELLER RUDMAN
                                         & DOWD LLP
                                       MATTHEW I. ALPERT
                                       PATTON L. JOHNSON


                                              s/ Matthew I. Alpert
                                       _____
                                            MATTHEW I. ALPERT

4850-9031-4970.v1

|   |   |   |
|---|---|---|
| 1 |   | 655 West Broadway, Suite 1900 |
| 2 |   | San Diego, CA  92101 |
| 3 |   | Telephone:  619/231-1058 |
|   |   | 619/231-7423 (fax) |
| 4 |   |   |
| 5 |   | ROBBINS GELLER RUDMAN |
|   |   |   & DOWD LLP |
| 6 |   | DENNIS J. HERMAN |
| 7 |   | WILLOW E. RADCLIFFE |
|   |   | JOHN H. GEORGE |
| 8 |   | Post Montgomery Center |
| 9 |   | One Montgomery Street, Suite 1800 |
|   |   | San Francisco, CA  94104 |
| 10 |   | Telephone:  415/288-4545 |
| 11 |   | 415/288-4534 (fax) |
| 12 |   | Lead Counsel for Plaintiffs |
| 13 | DATED: February 9, 2021 | WHITE & CASE LLP |
|   |   | BRYAN A. MERRYMAN (SBN 134357) |
| 14 |   |   |
| 15 |   |   |
|   |   |              s/ Bryan A. Merryman |
| 16 |   |           BRYAN A. MERRYMAN |
| 17 |   |   |
|   |   | 555 South Flower Street, Suite 2700 |
| 18 |   | Los Angeles, CA  90071 |
| 19 |   | Telephone:  213/620-7700 |
|   |   | 213/452-2329 (fax) |
| 20 |   | bmerryman@whitecase.com |

- 4 -

4850-9031-4970.v1

|  |  |
|---|---|
| 1 | WHITE & CASE LLP |
| 2 | CHRISTOPHER M. CURRAN |
| 3 | (*pro hac vice*) |
|   | ERIC GRANNON (*pro hac vice*) |
| 4 | JAIME M. CROWE (*pro hac vice*) |
| 5 | REUBEN J. SEQUEIRA (*pro hac vice*) |
|   | 701 Thirteenth Street NW |
| 6 | Washington, D.C.  20005-3807 |
| 7 | Telephone:  202/626-3600 |
|   | 202/639-9355 (fax) |
| 8 | ccurran@whitecase.com |
| 9 | egrannon@whitecase.com |
|   | jcrowe@whitecase.com |
| 10 | rsequeira@whitecase.com |

Attorneys for Defendant Toshiba Corporation

**Certificate Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

I, Matthew I. Alpert, am the ECF User whose ID and password are being used to file this Stipulation Regarding Protective Order.  In compliance with Civil L.R. 5-4.3.4(a)(2)(i), I hereby attest that Bryan A. Merryman has concurred in this filing.

                                                s/ Matthew I. Alpert
                                            MATTHEW I. ALPERT

4850-9031-4970.v1

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on February 9, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Matthew I. Alpert
MATTHEW I. ALPERT

ROBBINS GELLER RUDMAN
 & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  malpert@rgrdlaw.com

4850-9031-4970.v1

# Mailing Information for a Case 2:15-cv-04194-DDP-JC Mark Stoyas v. Toshiba Corporation et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Matthew Isaac Alpert**
  malpert@rgrdlaw.com,e_file_sd@rgrdlaw.com,MAlpert@ecf.courtdrive.com

- **Jaime M Crowe**
  jcrowe@whitecase.com

- **Christopher M Curran**
  ccurran@whitecase.com

- **John Hamilton George**
  jgeorge@rgrdlaw.com

- **Eric C Grannon**
  egrannon@whitecase.com,jdisanti@whitecase.com,mco@whitecase.com

- **Dennis J Herman**
  dennish@rgrdlaw.com,jgeorge@rgrdlaw.com

- **Patton L. Johnson**
  pjohnson@rgrdlaw.com

- **Bryan A Merryman**
  bmerryman@whitecase.com,irma.mares@whitecase.com,zach.heffernen@whitecase.com,rsequeira@whitecase.com,emily.renzelli@whitecase.com,cgomez@whitecas

- **Danielle S Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Owen C Pell**
  opell@whitecase.com,jdisanti@whitecase.com,mco@whitecase.com

- **Willow E Radcliffe**
  willowr@rgrdlaw.com,e_file_sd@rgrdlaw.com,kirstenb@rgrdlaw.com,sbloyd@ecf.courtdrive.com,sbloyd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Darren J Robbins**
  e_file_sd@rgrdlaw.com

- **Laurence M Rosen**
  lrosen@rosenlegal.com,lrosen@ecf.courtdrive.com

- **Reuben J Sequeira**
  rsequeira@whitecase.com,jdisanti@whitecase.com,mco@whitecase.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`