UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK STOYAS and NEW ENGLAND TEAMSTERS & TRUCKING INDUSTRY PENSION FUND,<br><br>    Plaintiffs,<br><br>and<br><br>AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>    Lead Plaintiff,<br><br>vs.<br><br>TOSHIBA CORPORATION,<br><br>    Defendant. | Case No. 2:15-cv-04194-DDP(JCx)<br><br><u>CLASS ACTION</u><br><br>ORDER ESTABLISHING A BRIEFING SCHEDULE AND EXTENDING THE PAGE LIMITS FOR THE ANTICIPATED MOTION FOR CLASS CERTIFICATION |

4836-3672-7514.v1

1    Having considered the Parties' Joint Stipulation for an Order Establishing a
2 Briefing Schedule and Extending the Page Limits for the Anticipated Motion for Class
3 Certification and good cause appearing therefor:

4    IT IS HEREBY ORDERED that:

5    1.    Plaintiffs shall file their motion for class certification, not exceeding 30
6 pages in length (excluding indices and exhibits), in accordance with the time frame set
7 forth in Local Rule 7-3;

8    2.    Defendant Toshiba shall have 90 days after the motion for class
9 certification is filed to file a response or responses, not exceeding 40 pages in total
10 length (excluding indices and exhibits);

11    3.    Plaintiffs shall have 56 days after the filing of Toshiba's response or
12 responses to file a reply memorandum, not exceeding 35 pages in total length
13 (excluding indices and exhibits); and

14    4.    Plaintiffs shall notice their motion for class certification designating a
15 "Motion Day," in accordance with Local Rules 6-1, 7-4 and this Court's individual
16 procedures, no sooner than 14 days after the scheduled filing of their reply
17 memorandum consistent with this Order.

18    IT IS FURTHER ORDERED that this Order is without prejudice to the right of
19 any Party to seek, subject to approval by the Court, any additional reasonable
20 extensions to the deadlines set forth herein, and that neither Party shall unreasonably
21 refuse to consent to such reasonable extensions as may be requested hereafter.

22    IT IS SO ORDERED.

24    DATED: 02-16-2021

THE HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

- 1 -

4836-3672-7514.v1