1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK STOYAS and NEW ENGLAND TEAMSTERS & TRUCKING INDUSTRY PENSION FUND,<br><br>　　　　　　Plaintiffs,<br><br>　　and<br><br>AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Lead Plaintiff,<br><br>　vs.<br><br>TOSHIBA CORPORATION,<br><br>　　　　　　Defendant. | Case No. 2:15-cv-04194-DDP(JCx)<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION<br><br><br>DATE:　　August 2, 2021<br>TIME:　　10:00 a.m.<br>CTRM:　　9C<br>COURT:　Hon. Dean D. Pregerson |

4821-7029-0649.v1

Having considered Lead Plaintiff Automotive Industries Pension Trust Fund's and named plaintiff New England Teamsters & Trucking Industry Pension Fund's (collectively, "Plaintiffs") Motion for Class Certification (the "Motion") and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. The following Class is certified pursuant to Fed. R. Civ. P. 23(a) and 23(b)(3):

> (i) all persons who purchased securities listed under the ticker symbols TOSYY or TOSBF between May 8, 2012 and November 12, 2015, inclusive (the "Class Period") using the facilities of the OTC Market; and (ii) all citizens and residents of the United States who purchased shares of Toshiba 6502 common stock during the Class Period.
>
> Excluded from the Class are defendant Toshiba Corporation ("Toshiba"), all subsidiaries, business units, and consolidated entities of Toshiba, and any person who was an officer or director of Toshiba or any of its subsidiaries, business units, or consolidated entities at any time from 2008 to 2019 (collectively, "Excluded Person(s)"). Also excluded from the Class are the members of the immediate families of any Excluded Person, as defined in 17 C.F.R. §229.404, Instructions (1)(a)(iii) and (1)(b)(ii).

3. Plaintiffs are each appointed as Class Representatives; and

4. Pursuant to Fed. R. Civ. P. 23(g), Robbins Geller Rudman & Dowd LLP is approved as Class Counsel.

IT IS SO ORDERED.

DATED: _____

THE HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

4821-7029-0649.v1