1  ROBBINS GELLER RUDMAN
     & DOWD LLP
2  DENNIS J. HERMAN (220163)
   WILLOW E. RADCLIFFE (200087)
3  JOHN H. GEORGE (292332)
   HADIYA K. DESHMUKH (328118)
4  Post Montgomery Center
   One Montgomery Street, Suite 1800
5  San Francisco, CA  94104
   Telephone:  415/288-4545
6  415/288-4534 (fax)
   dennish@rgrdlaw.com
7  willowr@rgrdlaw.com
   jgeorge@rgrdlaw.com
8  hdeshmukh@rgrdlaw.com

9  Lead Counsel for Plaintiffs

10 [Additional counsel appear on signature page.]

11            UNITED STATES DISTRICT COURT

12           CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 13  MARK STOYAS and NEW ENGLAND TEAMSTERS & TRUCKING INDUSTRY PENSION FUND, | Case No. 2:15-cv-04194-DDP(JCx) |
| | CLASS ACTION |
| Plaintiffs, | JOINT STIPULATION MODIFYING THE CASE SCHEDULING ORDER |
| and | |
| AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, Individually and on Behalf of All Others Similarly Situated, | |
| Lead Plaintiff, | |
| vs. | |
| TOSHIBA CORPORATION, | |
| Defendant. | |

Lead Plaintiff Automotive Industries Pension Trust Fund ("AIPTF") and named Plaintiff New England Teamsters & Trucking Industry Pension Fund ("NETTIPF") (collectively "Plaintiffs") and Defendant Toshiba Corporation ("Toshiba" and, together with Plaintiffs, the "Parties") respectfully submit this Joint Stipulation Modifying the Case Scheduling Order.  Beyond the express provisions herein, all Parties reserve all of their rights, claims, defenses, privileges and immunities.

WHEREAS, on August 8, 2019, Plaintiffs filed the Second Amended and Consolidated Class Action Complaint for Violation of the Securities Laws of the United States and Japan (ECF No. 75) ("Complaint"), bringing this action as a putative class action pursuant to Rule 23 of the Federal Rules of Civil Procedure;

WHEREAS, on January 28, 2020, the Court denied Toshiba's motion to dismiss the Complaint (ECF No. 88), which lifted the discovery stay in this action imposed by 15 U.S.C. §78u-4(b)(3)(B) of the Private Securities Litigation Reform Act of 1995;

WHEREAS, on March 13, 2020, the Court entered a Scheduling Order in this action (ECF No. 97), which provides that "the parties are hereby granted leave of the court to adjust the trial date, and other related dates, by up to eight months, provided all parties agree to such adjustments and submit a stipulation in that regard";

WHEREAS, Plaintiffs served Toshiba with requests for production on March 4, 2020 and September 17, 2020, pursuant to which Toshiba has produced approximately 20,000 documents and represents that its production is substantially complete as of June 18, 2021;

WHEREAS, Plaintiffs have served several third-party subpoenas, including: (a) a subpoena to the U.S. Securities and Exchange Commission, which Plaintiffs had been unable to serve until October 30, 2020 as a result of the health crisis; and (b) a subpoena to Ernst & Young LLP, pursuant to which Ernst & Young LLP was

unable to produce documents until March 30, 2021 as its Manhattan offices were closed as a result of COVID-19;

WHEREAS, Plaintiffs need to review the discovery produced and take depositions in this action prior to trial; and

WHEREAS, given the remaining documents to be produced and reviewed, and the need to schedule depositions following the completion of document production, Plaintiffs believe that an extension of the existing deadlines is necessary and Toshiba consents to the extension;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Parties, pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure and this Court's March 13, 2020 Scheduling Order, and subject to the approval of the Court, that:

1.      Good cause exists for modifying the scheduling order; and

2.      The remaining case schedule, including trial, shall be extended as follows:

| ACTION | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Fact discovery cutoff | September 23, 2021 | March 25, 2022 |
| Deadline for opening expert reports | October 21, 2021 | April 22, 2022 |
| Deadline for rebuttal expert reports | November 18, 2021 | May 20, 2022 |
| Expert discovery cutoff | January 19, 2022 | June 24, 2022 |
| Deadline to file dispositive motion(s) | February 17, 2022 | August 25, 2022 |
| Opposition(s) to dispositive motion(s) | April 6, 2022 | October 6, 2022 |
| Reply(ies) in support of dispositive motion(s) | May 12, 2022 | November 17, 2022 |
| Final pretrial conference | September 12, 2022 11:00 a.m. | February 13, 2023 11:00 a.m. |

- 2 -

| ACTION | CURRENT DATE | PROPOSED DATE |
|--------|--------------|---------------|
| Trial | September 27, 2022<br>9:00 a.m. | March 14, 2023<br>9:00 a.m. |

DATED:  June 24, 2021

ROBBINS GELLER RUDMAN &
  DOWD LLP
DENNIS J. HERMAN
WILLOW E. RADCLIFFE
JOHN H. GEORGE
HADIYA K. DESHMUKH


s/ Willow E. Radcliffe
WILLOW E. RADCLIFFE

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
MATTHEW I. ALPERT
PATTON L. JOHNSON
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

DATED:  June 24, 2021

WHITE & CASE LLP
BRYAN A. MERRYMAN (SBN 134357)


s/ Bryan A. Merryman
BRYAN A. MERRYMAN

4838-1626-6730.v1

555 South Flower Street, Suite 2700
Los Angeles, CA  90071
Telephone:  213/620-7700
213/452-2329 (fax)
bmerryman@whitecase.com

WHITE & CASE LLP
CHRISTOPHER M. CURRAN
 (*pro hac vice*)
ERIC GRANNON (*pro hac vice*)
JAIME M. CROWE (*pro hac vice*)
REUBEN J. SEQUEIRA (*pro hac vice*)
701 Thirteenth Street NW
Washington, DC  20005-3807
Telephone:  202/626-3600
202/639-9355 (fax)
ccurran@whitecase.com
egrannon@whitecase.com
jcrowe@whitecase.com
rsequeira@whitecase.com

Attorneys for Defendant Toshiba
Corporation

## CERTIFICATE PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)

I, Willow E. Radcliffe, am the ECF User whose ID and password are being used to file this Joint Stipulation Modifying the Case Scheduling Order.   In compliance with Civil L.R. 5-4.3.4(a)(2)(i), I hereby attest that Bryan A. Merryman has concurred in this filing.


                                    s/ Willow E. Radcliffe
                                    WILLOW E. RADCLIFFE

4838-1626-6730.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on June 24, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Willow E. Radcliffe
WILLOW E. RADCLIFFE

ROBBINS GELLER RUDMAN
& DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:  willowr@rgrdlaw.com

4838-1626-6730.v1

**Mailing Information for a Case 2:15-cv-04194-DDP-JC Mark Stoyas v. Toshiba Corporation et al**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Matthew Isaac Alpert**
  malpert@rgrdlaw.com,e_file_sd@rgrdlaw.com,MAlpert@ecf.courtdrive.com

- **Jaime M Crowe**
  jcrowe@whitecase.com

- **Christopher M Curran**
  ccurran@whitecase.com

- **Hadiya K. Deshmukh**
  hdeshmukh@rgrdlaw.com

- **John Hamilton George**
  jgeorge@rgrdlaw.com

- **Eric C Grannon**
  egrannon@whitecase.com,jdisanti@whitecase.com,mco@whitecase.com

- **Dennis J Herman**
  dennish@rgrdlaw.com,jgeorge@rgrdlaw.com

- **Patton L. Johnson**
  pjohnson@rgrdlaw.com

- Bryan A Merryman
  bmerryman@whitecase.com,irma.mares@whitecase.com,zach.heffernen@whitecase.com,emily.renzelli@whitecase.com,cgomez@whitecase.com,cristian.pleters@wh

- **Danielle S Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Owen C Pell**
  opell@whitecase.com,jdisanti@whitecase.com,mco@whitecase.com

- **Willow E Radcliffe**
  willowr@rgrdlaw.com,e_file_sd@rgrdlaw.com,kirstenb@rgrdlaw.com,sbloyd@ecf.courtdrive.com,sbloyd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Darren J Robbins**
  e_file_sd@rgrdlaw.com

- **Laurence M. Rosen**
  lrosen@rosenlegal.com,lrosen@ecf.courtdrive.com

- **Arash Sadat**
  arash@sadatlawgroup.com,sadat.arash@gmail.com

- **Reuben J Sequeira**
  rsequeira@whitecase.com,jdisanti@whitecase.com,mco@whitecase.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)