BRYAN A. MERRYMAN (SBN 134357)
bmerryman@whitecase.com
WHITE & CASE LLP
555 South Flower Street, Suite 2700
Los Angeles, CA 90071-2433
Telephone: (213) 620-7700
Facsimile: (213) 452-2329

CHRISTOPHER M. CURRAN (*pro hac vice*)
ERIC GRANNON (*pro hac vice*)
JAIME M. CROWE (*pro hac vice*)
REUBEN J. SEQUEIRA (*pro hac vice*)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
ccurran@whitecase.com
egrannon@whitecase.com
jcrowe@whitecase.com
rsequeira@whitecase.com

Attorneys for Defendant
Toshiba Corporation

DENNIS J. HERMAN
WILLOW E. RADCLIFFE
HADIYA K. DESHMUKH
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 288-4545
Facsimile: (415) 288-4534
dennish@rgrdlaw.com
willowr@rgrdlaw.com
hdeshmukh@rgrdlaw.com

MATTHEW I. ALPERT
PATTON L. JOHNSON
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
malpert@rgrdlaw.com
pjohnson@rgrdlaw.com

Lead Counsel for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

MARK STOYAS, NEW ENGLAND TEAMSTERS & TRUCKING INDUSTRY PENSION FUND, and AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

TOSHIBA CORPORATION, a Japanese Corporation,

Defendant.

Case No. 2:15-cv-04194-DDP-JC

**JOINT STIPULATION ON BRIEFING SUMMARY JUDGMENT PURSUANT TO JANUARY 7, 2022 ORDER AND ON EXTENSION OF CASE DEADLINES**

Plaintiffs Automotive Industries Pension Trust Fund ("AIPTF") and New England Teamsters & Trucking Industry Pension Fund ("NETTIPF"), and Defendant Toshiba Corporation ("Toshiba," and together with Plaintiffs, "Parties"), respectfully submit this joint stipulation on briefing summary judgment pursuant to the Court's January 7, 2022 Order and on extension of case deadlines. Beyond the express provisions herein, all Parties reserve all of their rights, claims, defenses, privileges and immunities.

**STIPULATION**

WHEREAS, on January 7, 2022, in conjunction with its ruling denying Plaintiffs' Motion for Class Certification (ECF No. 146), this Court issued an order (ECF No. 147) ("Order") directing Toshiba to file a motion for summary judgment on Plaintiffs' JFIEA claim "on or before February 7, 202[2]," and also inviting the Parties to "propose an alternative date by way of stipulation";

WHEREAS, pursuant to Local Rule 7-3 of the Central District of California's Local Civil Rules, the Parties, through their counsel, held a conference on January 19, 2022, and again on January 24, 2022 to discuss the anticipated motion for summary judgment, including a briefing schedule:

NOW THEREFORE, the Parties hereby stipulate and agree, subject to approval by the Court, that:

1. Toshiba shall file its motion for summary judgment on Plaintiffs' JFIEA claim on or before March 7, 2022.
2. Within 60 days after Toshiba files its motion for summary judgment on Plaintiffs' JFIEA claim, Plaintiffs shall file any opposition thereto.
3. Within 30 days after Plaintiffs file an opposition to Toshiba's motion for summary judgment on Plaintiffs' JFIEA claim, Toshiba shall file any reply memorandum.

4. The case deadlines previously set by the Court in its Order Modifying the Case Scheduling Order (ECF No. 124) shall be extended as follows, in contemplation that the Parties will not be engaging in merits discovery, unless it is related to the motion for summary judgment, during the current briefing and resolution of the motion for summary judgment directed by the Court's January 7, 2022 Order:

| Action | Previous Date | New Date |
|---|---|---|
| Fact discovery cutoff | March 25, 2022 | October 21, 2022 |
| Deadline for opening expert reports | April 22, 2022 | November 18, 2022 |
| Deadline for rebuttal expert reports | May 20, 2022 | December 16, 2022 |
| Expert discovery cutoff | June 24, 2022 | January 20, 2023 |
| Deadline to file dispositive motion(s) | August 25, 2022 | March 23, 2023 |
| Opposition(s) to dispositive motion(s) | October 6, 2022 | May 4, 2023 |
| Reply(ies) in support of dispositive motion(s) | November 17, 2022 | June 15, 2023 |
| Final pretrial conference | February 13, 2023 11:00 a.m. | September 13, 2023 11:00 a.m. |
| Jury Trial | March 14, 2023 9:00 a.m. | October 11, 2023 9:00 a.m. |

5. Nothing in the above stipulation precludes any party from seeking modification of the above deadlines in the event that circumstances in this Action change or for good cause shown, e.g., Toshiba's motion for summary judgment on Plaintiffs' JFIEA claim is still pending with the Court.

Dated: January 27, 2022

Respectfully submitted,

WHITE & CASE LLP

By: */s/ Bryan A. Merryman*
Bryan A. Merryman

CHRISTOPHER M. CURRAN
(*pro hac vice*)
ERIC GRANNON
(*pro hac vice*)
JAIME M. CROWE
(*pro hac vice*)
REUBEN J. SEQUEIRA
(*pro hac vice*)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
ccurran@whitecase.com
egrannon@whitecase.com
jcrowe@whitecase.com
rsequeira@whitecase.com

BRYAN A. MERRYMAN
(SBN 134357)
bmerryman@whitecase.com
WHITE & CASE LLP
555 South Flower Street, Suite 2700
Los Angeles, CA 90071-2433
Telephone: (213) 620-7700
Facsimile: (213) 452-2329

Attorneys for Defendant
Toshiba Corporation

Dated: January 27, 2022

ROBBINS GELLER RUDMAN
& DOWD LLP

By: */s/ Willow E. Radcliffe*
Willow E. Radcliffe

MATTHEW I. ALPERT
PATTON L. JOHNSON
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
malpert@rgrdlaw.com
pjohnson@rgrdlaw.com

DENNIS J. HERMAN
WILLOW E. RADCLIFFE
HADIYA K. DESHMUKH
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 288-4545
Facsimile: (415) 288-4534
dennish@rgrdlaw.com
willowr@rgrdlaw.com
hdeshmukh@rgrdlaw.com

Lead Counsel for Plaintiffs

**Certificate Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

I, Bryan A. Merryman, am the ECF User whose ID and password are being used to file this Joint Stipulation On Briefing Summary Judgment Pursuant To January 7, 2022 Order And On Extension Of Case Deadlines. In compliance with Civil L.R. 5-4.3.4(a)(2)(i), I hereby attest that Willow E. Radcliffe has concurred in this filing.

*/s/ Bryan A. Merryman*
BRYAN A. MERRYMAN

BRYAN A. MERRYMAN
(SBN 134357)
bmerryman@whitecase.com
WHITE & CASE LLP
555 South Flower Street, Suite 2700
Los Angeles, CA 90071-2433
Telephone: (213) 620-7700
Facsimile: (213) 452-2329