**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| MARK STOYAS, NEW ENGLAND TEAMSTERS & TRUCKING INDUSTRY PENSION FUND, and AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOSHIBA CORPORATION, a Japanese Corporation,<br><br>Defendant. | Case No. 2:15-cv-04194-DDP-JCx<br><br>**FINAL JUDGMENT PURSUANT TO RULE 58 OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>Judge: Hon. Dean D. Pregerson |

Pursuant to Rule 58 of the Federal Rules of Civil Procedure and this Court's prior Order Re: Motion for Partial Summary Judgment and Motion for Reconsideration (ECF No. 302), and all claims in the operative complaint (ECF No. 75) having been adjudicated by summary judgment under Rule 56,

/ / /

/ / /

/ / /

**IT IS ADJUDGED** that this action is dismissed in its entirety with prejudice, and that **FINAL JUDGMENT** is entered in favor of Defendant and against Plaintiffs.

Dated: May 29, 2024

                        The Hon. Dean D. Pregerson
                        United States District Judge