BRYAN A. MERRYMAN (SBN 134357)
bmerryman@whitecase.com
WHITE & CASE LLP
555 South Flower Street, Suite 2700, Los Angeles, CA 90071-2433

REUBEN J. SEQUEIRA (*pro hac vice*)
rsequeira@whitecase.com
WHITE & CASE LLP
701 Thirteenth Street, NW, Washington, DC 20005

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK STOYAS, NEW ENGLAND TEAMSTERS & TRUCKING INDUSTRIES PENSION TRUST FUND, and AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, individually and on behalf of all others similarly situated,<br>PLAINTIFF(S),<br>v.<br>TOSHIBA CORPORATION, a Japanese Corporation,<br>DEFENDANT(S) | CASE NUMBER<br>2:15-cv-04194-DDP-JC<br><br>**APPLICATION TO THE CLERK TO TAX COSTS** |

*Complete this form, including the Bill of Costs chart in section 2 and, if claiming witness fees, the Witness Fees chart in section 3. The completed form must then be submitted to the Court in two ways: (1) saved as a PDF document and e-filed (with all necessary attachments) in the case docket using the "Clerk to Tax Costs (CV-59)" event in the Court's CM/ECF System; and (2) saved as a Word document (.doc or .docx) and submitted by email (without attachments) to Cost_BillsLA@cacd.uscourts.gov. See L.R. 54-3 et seq. and the Bill of Costs Handbook (www.cacd.uscourts.gov/court-procedures/filing-procedures/bill-costs) for more information.*

| | | | |
|---|---|---|---|
| Name(s) of party or parties claiming costs: | Toshiba Corporation | | |
| Judgment entered on: | May 31, 2024 | Docket #: | 305 |
| Names of party(ies) against whom judgment was entered: | Mark Stoyas, New England Teamsters & Trucking Industries Pension Trust Fund, and Automotive Industries Pension Trust Fund. | | |

**DECLARATION UNDER 28 U.S.C. § 1924**

I declare under penalty of perjury that the costs itemized in this CV-59 Form are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

Date: June 14, 2024

Signature: [signature]
Name: Reuben J. Sequeira (*pro hac vice*)
☒ Attorney of Record for: Toshiba Corporation

**COURT USE ONLY**

☒ Application GRANTED in whole/part; costs are taxed in the amount of $25,112.60.
☐ Application DENIED because: ☐ Not timely filed (L.R. 54-2.1).
☐ Insufficient supporting documentation provided (L.R. 54-2.1).
☐ Filer is not prevailing party (L.R. 54-1).

Date: April 6, 2025.

**Brian D. Karth, District Court Executive/Clerk of Court**

By: ______________________
Deputy Clerk

**Case Title:** Stoyas v. Toshiba Corporation; **Case No:** 2:15-cv-04194-DDP-JC

# BILL OF COSTS

***The Clerk does not have discretion to tax any item not identified as taxable in the Local Rules.***

Click in one of the grey boxes in the "Amount Claimed" column, enter the relevant amount, and then use the "tab" key to move to the next field; this will cause the form to adjust the column total at the bottom of the chart.

A list of disallowance codes is provided below the chart.

| TAB | AMOUNT CLAIMED | SUPPORTING DOCUMENTS (*Must be itemized below and cross-referenced to attachments.*) | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ AMOUNT | CODE* | ADDITIONAL REASONS |
|---|---|---|---|---|---|---|
| | | | *(Shaded columns for Court use only.)* | | | |
| 1 | ***L.R. 54-3.1 Clerk's Fees*** *(only if in 28 USC § 1914 or www.uscourts.gov/services-forms/fees/district-court-miscellaneous-fee-schedule)* | | | | | |
| | $0.00 | None Claimed. | | | | |
| 2 | ***L.R. 54-3.2 Fees for Service of Process*** | | | | | |
| | $150.00 | **7/31/2020 Service of Subpoena** Amalgamated Bank (Ex. 2.1) | | | | |
| | $225.00 | **1/5/21 Service of Subpoena** State Street Corporation (Ex. 2.2) | | | | |
| | $225.00 | **1/5/21 Service of Subpoena** Templeton Investment Counsel LLC (Ex. 2.3) | | | | |
| | $269.00 | **2/8/21 Service of Subpoena** Sierra Investment Partners, Inc. (Ex. 2.4) | | | | |
| | $225.00 | **3/8/21 Service of Subpoena** Cowen Inc. (Ex. 2.5) | | | | |
| | $225.00 | **7/6/21 Service of Subpoena** The Dobbs Group (Ex. 2.6) | | | | |
| | $225.00 | **12/8/21 Service of Subpoena** Third Party Administrators (Ex. 2.7) | | | | |

| TAB | AMOUNT CLAIMED | SUPPORTING DOCUMENTS (*Must be itemized below and cross-referenced to attachments.*) | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ AMOUNT | CODE* | ADDITIONAL REASONS |
|---|---|---|---|---|---|---|
| | | | *(Shaded columns for Court use only.)* | | | |
| | $225.00 | **12/12/21 Service of Subpoena** Third Party Administrators (Ex. 2.8) | | | | |
| | $178.07 | **7/1/21 Service of Subpoena** Michael Schumacher (Ex. 2.9) | | | | |
| | $225.00 | **3/8/21 Service of Subpoena** Bank of New York Mellon (Ex. 2.10) | | | | |
| | $368.93 | **11/3/22 Service of Subpoena** William Collins (Ex. 2.11) | | | | |
| | $162.00 | **11/3/22 Service of Subpoena** State Street Bank & Trust (Ex. 2.12) | | | | |
| | **$2,703.00** | **SUBTOTAL** | | | | |
| 3 | ***L.R. 54-3.3 United States Marshal's Fees*** | | | | | |
| | $0.00 | None Claimed. | | | | |
| 4 | ***L.R. 54-3.4 Transcripts of Court Proceedings*** *(order or stipulation required and must be attached)* | | | | | |
| | $0.00 | None Claimed. | | | | |
| 5 | ***L.R. 54-3.5 Depositions*** *(if order or stipulation required by rule, it must be attached)* | | | | | |
| | | **4/14/21 Besocke Deposition** | | | | |
| | $1,188.00 | Transcript, 297 pages (Ex. 5.1) | | | | |
| | $207.90 | Rough Draft, 297 pages (Ex. 5.1) | | | | |
| | $650.65 | Exhibits (Ex. 5.1) | | | | |
| | $35.00 | Delivery (Ex. 5.1) | | | | |
| | | **4/21/21 Groden Deposition** | | | | |
| | $876.00 | Transcript, 219 pages (Ex. 5.2) | | | | |
| | $153.30 | Rough Draft, 219 pages (Ex. 5.2) | | | | |
| | $258.05 | Exhibits (Ex. 5.2) | | | | |
| | $35.00 | Delivery (Ex. 5.2) | | | | |
| | | **5/3/21 Cain Deposition** | | | | |
| | $1,692.00 | Transcript, 423 pages (Ex. 5.3) | | | | |
| | $296.10 | Rough Draft, 423 pages (Ex. 5.3) | | | | |
| | $374.40 | Exhibits (Ex. 5.3) | | | | |
| | $35.00 | Delivery (Ex. 5.3) | | | | |
| | | **7/21/21 Pitt Deposition** | | | | |
| | $888.00 | Transcript, 222 pages (Ex. 5.4) | | | | |
| | $155.40 | Rough Draft, 222 pages (Ex. 5.4) | | | | |
| | $289.25 | Exhibits (Ex. 5.4) | | | | |
| | $35.00 | Delivery (Ex. 5.4) | | | | |
| | | **7/23/21 Zarcu Deposition** | | | | |
| | $1,600 | Transcript, 400 pages (Ex. 5.5) | | | | |
| | $280 | Rough Draft, 400 pages (Ex. 5.5) | | | | |
| | $221.00 | Exhibits (Ex. 5.5) | | | | |
| | $35.00 | Delivery (Ex. 5.5) | | | | |
| | | **8/4/21 Genirs Deposition** | | | | |
| | $401.25 | Transcript, 107 pages (Ex. 5.6) | | | | |

| TAB | AMOUNT CLAIMED | SUPPORTING DOCUMENTS *(Must be itemized below and cross-referenced to attachments.)* | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ AMOUNT | CODE* | ADDITIONAL REASONS |
|---|---|---|---|---|---|---|
| | | | *(Shaded columns for Court use only.)* | | | |
| | $65.10 | Rough Draft, 93 pages (Ex. 5.6) | | | | |
| | $58.90 | Exhibits (Ex. 5.6) | | | | |
| | $25.00 | Delivery (Ex. 5.6) | | | | |
| | | **8/11/21 Collier Deposition** | | | | |
| | $345.00 | Transcript, 92 pages (Ex. 5.7) | | | | |
| | $55.30 | Rough Draft, 79 pages (Ex. 5.7) | | | | |
| | $22.85 | Exhibits (Ex. 5.7) | | | | |
| | $25.00 | Delivery (Ex. 5.7) | | | | |
| | | **8/12/22 Yanaga Deposition** | | | | |
| | $768.30 | Transcript, 197 pages (Ex. 5.8) | | | | |
| | $137.9 | Rough Draft, 197 pages (Ex. 5.8) | | | | |
| | $98.80 | Exhibits (Ex. 5.8) | | | | |
| | $35.00 | Delivery (Ex. 5.8) | | | | |
| | | **8/18/22 Imagawa Deposition** | | | | |
| | $908.00 | Transcript, 227 pages (Ex. 5.9) | | | | |
| | $133.70 | Rough Draft, 191 pages (Ex. 5.9) | | | | |
| | $186.75 | Exhibits (Ex. 5.9) | | | | |
| | $60.00 | Delivery (Ex. 5.9) | | | | |
| | | **9/13/22 Iida Deposition** | | | | |
| | $869.70 | Transcript (Ex. 5.10) | | | | |
| | $156.10 | Rough Draft (Ex. 5.10) | | | | |
| | $98.80 | Exhibits (Ex. 5.10) | | | | |
| | $35.00 | Delivery (Ex. 5.10) | | | | |
| | | **9/25/22 Pardieck Deposition** | | | | |
| | $1,596.00 | Transcript, 399 pages (Ex. 5.11) | | | | |
| | $279.30 | Rough Draft, 399 pages (Ex. 5.11) | | | | |
| | $217.5 | Exhibits (Ex. 5.11) | | | | |
| | $28.00 | Delivery (Ex. 5.11) | | | | |
| | | **3/5/24 Korman Deposition** | | | | |
| | $456.30 | Transcript, 117 pages (Ex. 5.12) | | | | |
| | $81.9 | Rough Draft, 117 pages (Ex. 5.12) | | | | |
| | $61.10 | Exhibits (Ex. 5.12) | | | | |
| | $40.00 | Delivery (Ex. 5.12) | | | | |
| | **$16,551.60** | **SUBTOTAL** | | | | |
| 6 | ***L.R. 54-3.6 Witness Fees*** *(TAXED AT STATUTORY RATE ONLY; complete Witness Fees Chart, below)* | | | | | |
| | | **7/21/21 Pitt Deposition** | | | | |
| | $40.00 | Attendance Fee (28 U.S.C. § 1821(b)) | | | | |
| | | **7/23/21 Zarcu Deposition** | | | | |
| | $80.00 | Attendance Fee, including one travel day (28 U.S.C. § 1821(b)) | | | | |
| | $400.00 | Round-Trip Flight (Zarcu) from Washington, D.C. to San Diego, CA (Exhibit 6.1) | | | | |
| | $258.00 | Hotel (Zarcu) (Ex. 6.2) | | | | |

| TAB | AMOUNT CLAIMED | SUPPORTING DOCUMENTS (*Must be itemized below and cross-referenced to attachments.*) | AMOUNT ALLOWED | ~ *IF ANY AMOUNT DISALLOWED* ~ AMOUNT | CODE* | ADDITIONAL REASONS |
|---|---|---|---|---|---|---|
| | | | ***(Shaded columns for Court use only.)*** | | | |
| | | **8/12/22 Yanaga Deposition** | | | | |
| | $120.00 | Attendance Fee, including two travel days (28 U.S.C. § 1821(b)) | | | | |
| | | **9/13/22 Iida Deposition** | | | | |
| | $120.00 | Attendance Fee, including two travel days (28 U.S.C. § 1821(b)) | | | | |
| | | **3/5/24 Korman Deposition** | | | | |
| | $40.00 | Attendance Fee (28 U.S.C § 1821(b)) | | | | |
| | **$1,058.00** | **SUBTOTAL** | | | | |
| 7 | ***L.R. 54-3.7 Interpreter's Fees*** *(document translation costs are not taxable)* | | | | | |
| | | **8/12/22 Yanaga Deposition** | | | | |
| | $1,600.00 | Preparation Interpretation (Ex 7.1) | | | | |
| | $1,600.00 | Deposition Interpretation (Ex. 7.1) | | | | |
| | | **8/18/22 Imagawa Deposition** | | | | |
| | $1,600.00 | Deposition Interpretation (Ex. 7.2) | | | | |
| | | **9/13/22 Iida Deposition** | $4,800.00 | $3,200.00 | D | Fees for interpreter preparation are not taxable pursuant to L.R. 54-3.7. |
| | $1,600.00 | Preparation Interpretation (Ex. 7.3) | | | | |
| | $1,600.00 | Deposition Interpretation (Ex. 7.3) | | | | |
| | **$8,000.00** | **SUBTOTAL** | | | | |
| 8 | ***L.R. 54-3.8 Docket Fees*** *(only as provided by 28 U.S.C. § 1823)* | | | | | |
| | $0.00 | None Claimed. | | | | |
| 9 | ***L.R. 54-3.9 Court-Appointed Experts, Masters, Commissioners, and Receivers*** *(attach appointment order)* | | | | | |
| | $0.00 | None Claimed. | | | | |
| 10 | ***L.R. 54-3.10 Certification, Exemplification and Reproduction of Documents*** *(if order or stip required, it must be attached)* | | | | | |
| 10 (a) | *L.R. 54-3.10(a): "cost of copies of documents necessarily filed and served"* | | | | | |
| | $0.00 | None Claimed. | | | | |
| 10 (b) | *L.R. 54-3.10(b): "cost of copies of documents or other materials admitted into evidence"* | | | | | |
| | $0.00 | None Claimed. | | | | |
| 10 (c) | *L.R. 54-3.10(c): "Fees for an official certification of proof respecting the non-existence of a document or record"* | | | | | |
| | $0.00 | None Claimed. | | | | |
| 10 (d) | *L.R. 54-3.10(d): "Patent Office charges" for necessary "patent file wrappers and prior art patents"* | | | | | |
| | $0.00 | None Claimed. | | | | |
| 10 (e) | *L.R. 54-3.10(e): "Notary fees" of taxable documents* | | | | | |
| | $0.00 | None Claimed. | | | | |
| 10 (f) | *L.R. 54-3.10(f): "Fees for certification or exemplification of any document or record necessarily obtained for use in the case"* | | | | | |
| | $0.00 | None Claimed. | | | | |
| 10 (g) | *L.R. 54-3.10(g): "cost of physically replicating or reproducing material necessarily obtained for use in the case"* | | | | | |
| | | **4/22/2020 ESI Production** | | | | |
| | $2,228.80 | 4/22/2020 Fees, 7.97 GB (Ex. A, Sullivan Decl.) | | | | |

| TAB | AMOUNT CLAIMED | SUPPORTING DOCUMENTS (*Must be itemized below and cross-referenced to attachments.*) | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ AMOUNT | CODE* | ADDITIONAL REASONS |
|---|---|---|---|---|---|---|
| | | | *(Shaded columns for Court use only.)* | | | |
| | $491.04 | 4/22/2020 Labor (Ex. B, Sullivan Decl.) | | | | |
| | $99.20 | 4/22/2020 Labor (Ex. B, Sullivan Decl.) | | | | |
| | | **6/8/2020 ESI Production** | | | | |
| | $280.00 | 5/25/2020 Fees, 1 GB (Ex. A, Sullivan Decl.) | | | | |
| | $277.40 | 5/24/2020 Labor (Ex. B, Sullivan Decl.) | | | | |
| | | **6/8/2020 ESI Production** | | | | |
| | $280.00 | 6/8/2020 Fees, 1 GB (Ex. A, Sullivan Decl.) | | | | |
| | $155.50 | 6/5/2020 Labor (Ex. B, Sullivan Decl.) | | | | |
| | | **11/20/2020 ESI Production** | | | | |
| | $280.00 | 11/20/2020 Fees, 1 GB (Ex. A, Sullivan Decl.) | | | | |
| | $49.58 | 11/18/2020 Labor (Ex. B, Sullivan Decl.) | | | | |
| | | **11/20/2020 ESI Productions** | | | | |
| | $280.00 | 11/20/2020 Fees, 1 GB (Ex. A, Sullivan Decl.) | | | | |
| | $280.00 | 11/20/2020 Fees, 1 GB (Ex. A, Sullivan Decl.) | | | | |
| | $49.58 | 11/20/2020 Labor (Ex. B, Sullivan Decl.) | | | | |
| | | **2/23/2021 ESI Production** | | | | |
| | $280.00 | 2/23/2021 Fees, 1 GB (Ex. A, Sullivan Decl.) | | | | |
| | $79.20 | 2/22/2021 Labor (Ex. B, Sullivan Decl.) | | | | |
| | $26.40 | 2/23/2021 Labor (Ex. B, Sullivan Decl.) | | | | |
| | | **2/24/2021 ESI Production** | | | | |
| | $280.00 | 2/24/2021 Fees, 1 GB (Ex. A, Sullivan Decl.) | | | | |
| | $26.40 | 2/24/2021 Labor (Ex. B, Sullivan Decl.) | | | | |
| | $112.20 | 2/24/2021 Labor (Ex. B, Sullivan Decl.) | | | | |
| | | **3/9/2021 ESI Production** | | | | |
| | $280.00 | 3/9/2021 Fees, 1 GB (Ex. A, Sullivan Decl.) | | | | |
| | $132.00 | 3/9/2021 Labor (Ex. B, Sullivan Decl.) | | | | |
| | | **3/22/2021 ESI Production** | | | | |
| | $285.60 | 3/22/2021 Fees, 1.02 GB (Ex. A, Sullivan Decl.) | | | | |
| | $132.00 | 3/18/2021 Labor (Ex. B, Sullivan Decl.) | | | | |
| | | **3/29/2021 ESI Productions** | | | | |
| | $280.00 | 3/29/2021 Fees, 1 GB (Ex. A, Sullivan Decl.) | | | | |
| | $280.00 | 3/29/2021 Fees, 1 GB (Ex. A, Sullivan Decl.) | | | | |
| | $52.80 | 3/24/2021 Labor (Ex. B, Sullivan Decl.) | | | | |

| TAB | | AMOUNT CLAIMED | SUPPORTING DOCUMENTS (*Must be itemized below and cross-referenced to attachments.*) | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ | | |
|---|---|---|---|---|---|---|---|
| | | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | | *(Shaded columns for Court use only.)* | | | |
| | | | **4/28/2021 ESI Production** | | | | |
| | | $1,680.00 | 4/28/2021 Fees, 6 GB (Ex. A, Sullivan Decl.) | | | | |
| | | $60.98 | 4/27/2021 Labor (Ex. B, Sullivan Decl.) | | | | |
| | | $354.00 | 4/28/2021 Labor (Ex. B, Sullivan Decl.) | | | | |
| | | $79.20 | 4/28/2021 Labor (Ex. B, Sullivan Decl.) | | | | |
| | | | **5/11/2021 ESI Production** | | | | |
| | | $280.00 | 5/11/2021 Fees, 1 GB (Ex. A, Sullivan Decl.) | | | | |
| | | $174.24 | 5/10/2021 Labor (Ex. B, Sullivan Decl.) | | | | |
| | | $87.12 | 5/11/2021 Labor (Ex. B, Sullivan Decl.) | | | | |
| | | | **6/16/2021 ESI Production** | | | | |
| | | $361.20 | 6/16/2021 Fees, 1.29 GB (Ex. A, Sullivan Decl.) | | | | |
| | | $522.72 | 6/16/2021 Labor (Ex. B, Sullivan Decl.) | | | | |
| | | $65.74 | 6/16/2021 Labor (Ex. B, Sullivan Decl.) | | | | |
| | | $194.04 | 6/16/2021 Labor (Ex. B, Sullivan Decl.) | | | | |
| | | | **10/2/2021 ESI Production** | | | | |
| | | $280.00 | 10/2/2021 Fees, 1 GB (Ex. A, Sullivan Decl.) | | | | |
| | | $261.36 | 9/29/2021 Labor (Ex. B, Sullivan Decl.) | | | | |
| | | $54.21 | 10/1/2021 Labor (Ex. B, Sullivan Decl.) | | | | |
| | | $209.88 | 10/1/2021 Labor (Ex. B, Sullivan Decl.) | | | | |
| | | | **11/11/2021 ESI Production** | | | | |
| | | $280.00 | 11/11/2021 Fees, 1 GB (Ex. A, Sullivan Decl.) | | | | |
| | | | **12/4/2021 ESI Production** | | | | |
| | | $280.00 | 12/4/2021 Fees, 1 GB (Ex. A, Sullivan Decl.) | | | | |
| | | $68.99 | 12/1/2021 Labor (Ex. B, Sullivan Decl.) | | | | |
| | | $264.00 | 12/1/2021 Labor (Ex. B, Sullivan Decl.) | | | | |
| | | $264.00 | 12/3/2021 Labor (Ex. B, Sullivan Decl.) | | | | |
| | | $184.80 | 12/4/2021 Labor (Ex. B, Sullivan Decl.) | | | | |
| | | | **2/5/2022 ESI Production** | | | | |
| | | $280.00 | 2/5/2022 Fees, 1 GB (Ex. A, Sullivan Decl.) | | | | |
| | | $301.04 | 2/5/2022 Labor (Ex. B, Sullivan Decl.) | | | | |
| | | | **4/11/2022 ESI Production** | | | | |
| | | $280.00 | 4/11/2022 Fees, 1 GB (Ex. A, Sullivan Decl.) | | | | |
| | | $112.46 | 4/5/2022 Labor (Ex. B, Sullivan Decl.) | | | | |
| | | $415.80 | 4/11/2022 Labor (Ex. B, Sullivan Decl.) | | | | |
| | | | **4/12/2022 ESI Production** | | | | |
| | | $280.00 | 4/12/2022 Fees, 1 GB (Ex. A, Sullivan Decl.) | | | | |
| | | $204.48 | 4/12/2022 Labor (Ex. B, Sullivan Decl.) | | | | |
| | | $93.72 | 4/12/2022 Labor (Ex. B, Sullivan Decl.) | | | | |

| TAB | | AMOUNT CLAIMED | SUPPORTING DOCUMENTS (*Must be itemized below and cross-referenced to attachments.*) | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ AMOUNT | CODE* | ADDITIONAL REASONS |
|---|---|---|---|---|---|---|---|
| | | | | *(Shaded columns for Court use only.)* | | | |
| | | | **4/14/2022 ESI Production** | | | | |
| | | $280.00 | 4/14/2022 Fees, 1 GB (Ex. A, Sullivan Decl.) | | | | |
| | | $301.04 | 4/13/2022 Labor (Ex. B, Sullivan Decl.) | | | | |
| | | $93.72 | 4/14/2022 Labor (Ex. B, Sullivan Decl.) | | | | |
| | | $207.90 | 4/14/2022 Labor (Ex. B, Sullivan Decl.) | | | | |
| | | $120.52 | 4/14/2022 Labor (Ex. B, Sullivan Decl.) | | | | |
| | | | **4/20/2022 ESI Production** | | | | |
| | | $470.40 | 4/20/2022 Fees, 1.68 GB (Ex. A, Sullivan Decl.) | | | | |
| | | $187.44 | 4/18/2022 Labor (Ex. B, Sullivan Decl.) | | | | |
| | | $454.40 | 4/19/2022 Labor (Ex. B, Sullivan Decl.) | | | | |
| | | $187.44 | 4/20/2022 Labor (Ex. B, Sullivan Decl.) | | | | |
| | | $149.10 | 4/20/2022 Labor (Ex. B, Sullivan Decl.) | | | | |
| | | | **4/21/2022 ESI Production** | | | | |
| | | $2,486.40 | 4/21/2022 Fees, 8.88 GB (Ex. A, Sullivan Decl.) | | | | |
| | | $602.08 | 4/21/2022 Labor (Ex. B, Sullivan Decl.) | | | | |
| | | | **4/29/2022 ESI Production** | | | | |
| | | $280.00 | 4/29/2022 Fees, 1 GB (Ex. A, Sullivan Decl.) | | | | |
| | | $206.18 | 4/22/2022 Labor (Ex. B, Sullivan Decl.) | | | | |
| | | $62.48 | 4/22/2022 Labor (Ex. B, Sullivan Decl.) | | | | |
| | | $124.96 | 4/25/2022 Labor (Ex. B, Sullivan Decl.) | | | | |
| | | $124.96 | 4/28/2022 Labor (Ex. B, Sullivan Decl.) | | | | |
| | | $166.32 | 4/29/2022 Labor (Ex. B, Sullivan Decl.) | | | | |
| | | $301.03 | 4/29/2022 Labor (Ex. B, Sullivan Decl.) | | | | |
| | | | **4/30/2022 ESI Production** | | | | |
| | | $280.00 | 4/30/2022 Fees, 1 GB (Ex. A, Sullivan Decl.) | | | | |
| | | $131.21 | 4/30/2022 Labor (Ex. B, Sullivan Decl.) | | | | |
| | | | **5/3/2022 ESI Production** | | | | |
| | | $280.00 | 5/3/2022 Fees, 1 GB (Ex. A, Sullivan Decl.) | | | | |
| | | $277.20 | 5/3/2022 Labor (Ex. B, Sullivan Decl.) | | | | |
| | | $62.48 | 5/3/2022 Labor (Ex. B, Sullivan Decl.) | | | | |
| | | | **7/12/2022 ESI Production** | | | | |
| | | $280.00 | 7/12/2022 Fees, 1 GB (Ex. A, Sullivan Decl.) | | | | |
| | | $116.20 | 7/12/2022 Labor (Ex. B, Sullivan Decl.) | | | | |
| | | $468.60 | 7/12/2022 Labor (Ex. B, Sullivan Decl.) | | | | |
| | | | **7/19/2022 ESI Production** | | | | |
| | | $280.00 | 7/19/2022 Fees, 1 GB (Ex. A, Sullivan Decl.) | | | | |
| | | $301.04 | 7/18/2022 Labor (Ex. B, Sullivan Decl.) | | | | |
| | | | **9/22/2022 ESI Production** | | | | |
| | | $280.00 | 9/22/2022 Fees, 1 GB (Ex. A, Sullivan Decl.) | | | | |

| TAB | AMOUNT CLAIMED | SUPPORTING DOCUMENTS *(Must be itemized below and cross-referenced to attachments.)* | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ | | |
|---|---|---|---|---|---|---|
| | | | *(Shaded columns for Court use only.)* | AMOUNT | CODE* | ADDITIONAL REASONS |
| | $93.72 | 9/20/2022 Labor (Ex. B, Sullivan Decl.) | $0.00 | $33,800.97 | D,E,G | L.R. 54-2.1 states that failure to provide sufficient documentation to support an item will constitute grounds for not taxing that item. No invoices whatsoever were provided for certification, exemplification and reproduction of document costs pursuant to L.R. 54-3.10. Charts and declarations prepared by counsel in lieu of invoices are insufficient supporting documentation. Additionally, hourly rates for Practice Technology consultants are not certification, exemplification and reproduction of document costs that can be taxed pursuant to L.R 54-3.10. Finally, the chart submitted provides no breakdown of the costs of actual reproduction of documents versus non-taxable fees such as consulting and data management and storage. |
| | $99.60 | 9/22/2022 Labor (Ex. B, Sullivan Decl.) | | | | |
| | $284.00 | 9/22/2022 Labor (Ex. B, Sullivan Decl.) | | | | |
| | | **<u>10/24/2022 ESI Production</u>** | | | | |
| | $280.00 | 10/24/2022 Fees, 1 GB (Ex. A, Sullivan Decl.) | | | | |
| | $31.24 | 10/24/2022 Labor (Ex. B, Sullivan Decl.) | | | | |
| | | **<u>10/26/2022 ESI Production</u>** | | | | |
| | $280.00 | 10/26/2022 Fees, 1 GB (Ex. A, Sullivan Decl.) | | | | |
| | $301.04 | 10/25/2022 Labor (Ex. B, Sullivan Decl.) | | | | |
| | $74.37 | 10/26/2022 Labor (Ex. B, Sullivan Decl.) | | | | |
| | $62.48 | 10/26/2022 Labor (Ex. B, Sullivan Decl.) | | | | |
| | | **<u>11/1/2022 ESI Production</u>** | | | | |
| | $280.00 | 11/1/2022 Fees, 1 GB (Ex. A, Sullivan Decl.) | | | | |
| | $319.36 | 11/1/2022 Labor (Ex. B, Sullivan Decl.) | | | | |
| | | **<u>12/8/2022 ESI Production</u>** | | | | |
| | $280.00 | 12/8/2022 Fees, 1 GB (Ex. A, Sullivan Decl.) | | | | |
| | $46.86 | 12/7/2022 Labor (Ex. B, Sullivan Decl.) | | | | |
| | $301.04 | 12/8/2022 Labor (Ex. B, Sullivan Decl.) | | | | |
| | | **<u>10/26/2023 ESI Production</u>** | | | | |
| | $1,195.60 | 10/26/2023 Fees, 4.27 GB (Ex. A, Sullivan Decl.) | | | | |
| | $473.28 | 10/6/2023 Labor (Ex. B, Sullivan Decl.) | | | | |
| | $113.15 | 10/25/2023 Labor (Ex. B, Sullivan Decl.) | | | | |
| | $228.00 | 10/26/2023 Labor (Ex. B, Sullivan Decl.) | | | | |
| | $473.28 | 10/26/2023 Labor (Ex. B, Sullivan Decl.) | | | | |
| | | **<u>1/3/2024 ESI Production</u>** | | | | |
| | $280.00 | 1/3/2024 Fees, 1 GB (Ex. A, Sullivan Decl.) | | | | |
| | $90.00 | 1/2/2024 Labor (Ex. B, Sullivan Decl.) | | | | |
| | $360.00 | 1/3/2024 Labor (Ex. B, Sullivan Decl.) | | | | |
| | | **<u>1/10/2024 ESI Production</u>** | | | | |
| | $280.00 | 1/10/2024 Fees, 1 GB (Ex. A, Sullivan Decl.) | | | | |
| | $151.20 | 1/9/2024 Labor (Ex. B, Sullivan Decl.) | | | | |
| | $270.00 | 1/10/2024 Labor (Ex. B, Sullivan Decl.) | | | | |
| | | **<u>1/31/2024 ESI Production</u>** | | | | |
| | $280.00 | 1/31/2024 Fees, 1 GB (Ex. A, Sullivan Decl.) | | | | |
| | $108.00 | 1/12/2024 Labor (Ex. B, Sullivan Decl.) | | | | |
| | $90.00 | 1/25/2024 Labor (Ex. B, Sullivan Decl.) | | | | |
| | $90.00 | 1/30/2024 Labor (Ex. B, Sullivan Decl.) | | | | |
| | $118.80 | 1/31/2024 Labor (Ex. B, Sullivan Decl.) | | | | |
| | $130.68 | 1/31/2024 Labor (Ex. B, Sullivan Decl.) | | | | |

| TAB | AMOUNT CLAIMED | SUPPORTING DOCUMENTS (*Must be itemized below and cross-referenced to attachments.*) | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ AMOUNT | CODE* | ADDITIONAL REASONS |
|---|---|---|---|---|---|---|
| | | | *(Shaded columns for Court use only.)* | | | |
| | | **2/22/2024 ESI Production** | | | | |
| | $280.00 | 2/22/2024 Fees, 1 GB (Ex. A, Sullivan Decl.) | | | | |
| | $89.89 | 2/13/2024 Labor (Ex. B, Sullivan Decl.) | | | | |
| | $53.93 | 2/21/2024 Labor (Ex. B, Sullivan Decl.) | | | | |
| | $134.83 | 2/22/2024 Labor (Ex. B, Sullivan Decl.) | | | | |
| | | **4/19/2024 ESI Production** | | | | |
| | $280.00 | 4/19/2024 Fees, 1 GB (Ex. A, Sullivan Decl.) | | | | |
| | $90.00 | 4/11/2024 Labor (Ex. B, Sullivan Decl.) | | | | |
| | $286.20 | 4/18/2024 Labor (Ex. B, Sullivan Decl.) | | | | |
| | $180.00 | 4/19/2024 Labor (Ex. B, Sullivan Decl.) | | | | |
| | | **4/29/2024 ESI Production** | | | | |
| | $280.00 | 4/29/2024 Fees, 1 GB (Ex. A, Sullivan Decl.) | | | | |
| | $90.00 | 4/26/2024 Labor (Ex. B, Sullivan Decl.) | | | | |
| | $35.64 | 4/29/2024 Labor (Ex. B, Sullivan Decl.) | | | | |
| | **$33,800.97** | **SUBTOTAL** | | | | |
| 11 | ***L.R. 54-3.11 Premiums on Undertakings and Bonds*** | | | | | |
| | $0.00 | None Claimed. | | | | |
| 12 | ***L.R. 54-3.12 Other Costs*** *(Court order must be attached; only visual aids, models, and photographs taxable under this rule)* | | | | | |
| | $0.00 | None Claimed. | | | | |
| 13 | ***L.R. 54-3.13 State Court Costs*** *(taxable only if taxable in state court; include citation to applicable state statute or rule)* | | | | | |
| | $0.00 | None Claimed. | | | | |
| 14 | ***L.R. 54-4 Items Taxable as Costs on Appeal*** *(only items taxable under Fed. R. App. P. 39(e))* | | | | | |
| | $0.00 | None Claimed. | | | | |
| 15 | ***L.R. 54-5 Items Taxable as Costs on a Bankruptcy Appeal to the District Court*** | | | | | |
| | $0.00 | None Claimed. | | | | |
| **TOTAL** | **$62,113.57** | | $25,112.60 | $37,000.97 | | |

***Reason Codes for Disallowance of Claimed Costs:**

"A" – No supporting documents provided.
"B" – Order/Stip required but not provided.
"C" – Documents provided do not support full amount claimed.
"D" – Item does not fall within the scope of the Local Rule.
"E" – Invoice includes both taxable and non-taxable costs, but no breakdown is provided.
"F" – Amount claimed reduced by agreement after meet and confer.
"G" – Other.

**Case Title:** Stoyas v. Toshiba Corporation; **Case No:** 2:15-cv-04194-DDP-JC

# WITNESS FEES

## WITNESS FEES/EXPENSES COMPUTATION WORKSHEET: INSTRUCTIONS

- Attendance fees taxable only at statutory rate. 28 U.S.C. § 1821(b).
- Travel in a privately owned vehicle ("POV") is computed at federal government rates in the year of travel. Visit gsa.gov for current POV mileage reimbursement rate.
- For mileage claims, distances should be documented (through Google maps or similar); point of trip origin should be documented if different from place of residence.
- Subsistence expenses (including lodging and meals) for overnight stay (if required due to distance) are allowed but may not exceed maximum per diem allowance for federal government employees. View gsa.gov lodging per diem rates. View gsa.gov meals and incidental expenses per diem rates.

**WITNESS FEES (computation, *see* 28 U.S.C. § 1821 for statutory fees)**

| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Harvey Pitt, Washington, D.C. | 1 | $40.00 | Not Claimed | Not Claimed | Not Claimed | Not Claimed | $40.00 |
| Christian Zarcu, San Diego, CA | 2 | $80.00 | 1 Day Hotel | $258.00 | Flight | $400.00 | $738.00 |
| Masao Yanaga, Meguro, Japan | 3 | $120.00 | Not Claimed | Not Claimed | Not Claimed | Not Claimed | $120.00 |
| Hidefusa Iida, Meguro, Japan | 3 | $120.00 | Not Claimed | Not Claimed | Not Claimed | Not Claimed | $120.00 |
| Eric Korman, San Francisco, CA | 1 | $40.00 | Not Claimed | Not Claimed | Not Claimed | Not Claimed | $40.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | **TOTAL** | $1,058.00 |